UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

IN THE MATTER OF THE
COMPLAINT OF MICHELLE
MCCLEAN, as Owner, and WILLIAM
MCCLEAN, as owner pro hac vice of
a 2020 32' Glasstream Vessel,          CASE NO: 3:23-cv-47-HES-PDB
Registration No. FL8011SX, its engines,
tackle, apparel, appurtenances, etc., for
Exoneration From or Limitation of
Liability,

        Petitioners,
_____/

## ORDER

This matter is sua sponte before this Court. In a prior Order, Claimant's Motion to Dismiss Complaint for Exoneration and Limitation was granted. (Dkt. 18). This Court cautioned the Petitioners that they had fourteen days from the Order to file an Amended Complaint, but if they failed to do so this case would immediately be dismissed. Plaintiff has not filed an Amended Complaint and the time to do so has passed.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without PREJUDICE**; and

2. The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2d day of August, 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David F. Pope, Esq.
Benjamin Edward Richard, Esq.
Michael Sather Pajcic, Esq.